| UNITED STATES DISTRICT COURT | SOUTHERN DISTRICT OF TEXAS |
|---|---|

Motion and Order for Admission *Pro Hac Vice*

| Division | Galveston | Case Number | 13-00028 |
|---|---|---|---|
| Jovito L. Canencia, et al. ||||
| *versus* ||||
| Black Elk Energy, LLC, et al. ||||

| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone<br>Licensed: State & Number<br>Federal Bar & Number | Michael J. O'Brien<br>Kean Miller LLP<br>909 Poydras Street, 14th Floor<br>New Orleans, LA 70112<br>(504) 585-3050<br>LA #27588 |
|---|---|
| Seeks to appear for this party: | Black Elk Energy, LLC |
| Dated: Jul 15, 2013 | Signed: [signature] |

| The state bar reports that the applicant's status is: | Active |
|---|---|
| Dated: 7/17/13 | Clerk's signature: [signature] |

Order

Dated: July 17, 2013

This lawyer is admitted *pro hac vice*.

[signature]
United States District Judge