UNITED STATES DISTRICT COURT         SOUTHERN DISTRICT OF TEXAS

Motion and Order for Admission *Pro Hac Vice*

| Division | Galveston | Case Number | 13-00028 |
|---|---|---|---|
| Jovito L. Canencia, et al. ||||
| *versus* ||||
| Black Elk Energy, LLC, et al. ||||

| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone<br>Licensed: State & Number<br>Federal Bar & Number | Tod J. Everage<br>Kean Miller LLP<br>909 Poydras Street, 14th Floor<br>New Orleans, LA 70112<br>(504) 585-3050<br>LA #32445 |
|---|---|
| Seeks to appear for this party: | Black Elk Energy, LLC |
| Dated: 7/15/13 | Signed: *[signature]* |

| The state bar reports that the applicant's status is: Active ||
|---|---|
| Dated: 7/17/13 | Clerk's signature: *[signature]* |

Order

Dated: July 17, 2013

This lawyer is admitted *pro hac vice*.

*[signature]*
United States District Judge